AO93 Search and Seizure Warrant

ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Arizona

In the Matter of the Search of
A black Samsung touch screen cellular telephone with five cameras on the back (Telephone 1); a blue LG touchscreen cellular telephone with International Mobile Equipment Identity (IMEI) 356351-09-525800-7 (Telephone 2); a gray Boost Mobile flip telephone with IMEI 001702098601780 (Telephone 3); a white HTC touchscreen cellular telephone, model PJ83100 (Telephone 4); a blue Samsung Galaxy Mega, model number SPH-l600 (Telephone 5); a blue AT&T touchscreen cellular telephone (Telephone 6); a blue Samsung touchscreen cellular telephone with IMEI 359186102123928 (Telephone 7); and a silver Apple iPad model number A1954 with serial GG7YGVHJJF89 (iPad 1).

Case No. 22-9384 MB

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the District of Arizona:

**As further described in Attachment A.**

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

**As set forth in Attachment B.**

**YOU ARE COMMANDED** to execute this warrant on or before  10/7/2022  *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☐ for __ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  9/23/2022 @ 1:12pm

*EsWillett*
Judge's signature

City and state: Phoenix, Arizona

Honorable Eileen S. Willett, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

*Property to be searched*

The following is a list of the property (cumulatively known as Subject Electronic Devices) to be searched. The information provided about each device is what is available to investigators without accessing the electronic portions of the devices.

- Telephone 1 – A black Samsung touch screen cellular telephone with five cameras on the back; and
- Telephone 2 – a blue LG touchscreen cellular telephone with International Mobile Equipment Identity (IMEI) 356351-09-525800-7; and
- Telephone 3 – a gray Boost Mobile flip telephone with IMEI 001702098601780; and
- Telephone 4 – a white HTC touchscreen cellular telephone, model PJ83100; and
- Telephone 5 – a blue Samsung Galaxy Mega, model number SPH-1600; and
- Telephone 6 – a blue AT&T touchscreen cellular telephone; and
- Telephone 7 – a blue Samsung touchscreen cellular telephone with IMEI 359186102123928; and
- iPad 1 – A silver Apple iPad model number A1954 with serial GG7YGVHJJF89.

The Subject Electronic Devices are currently located at the DEA evidence vault in Phoenix, Arizona.

This warrant authorizes the forensic examination of the Subject Electronic Devices for the purpose of identifying the electronically stored information described in Attachment

## ATTACHMENT B

*Property to be seized*

1. Any records and information found within the digital contents of the Subject Electronic Devices that relate to violations of 21 U.S.C. §§ 841 (Possession with Intent to Distribute a Controlled Substance), 21 U.S.C. §§ 846 (Conspiracy to Possess with Intent to Distribute a Controlled Substance) 18 U.S.C. § 1956(h) (Conspiracy to Commit Money Laundering), 18 U.S.C. § 1956(a)(1)(B)(i) (Concealment Money Laundering) and 18 U.S.C. § 922 (Felon in Possession of Firearm/ Ammunition), including but not limited to:

    a. all information related to the sale, purchase, receipt, shipping, importation, transportation, transfer, possession, or use of drugs;

    b. all information related to buyers or sources of drugs (including names, addresses, telephone numbers, contact information, photographs, locations, or any other identifying information);

    c. all bank records, checks, credit card bills, account information, or other financial records reflecting the disposition of drug proceeds;

    d. all information regarding the receipt, transfer, possession, transportation, or use of drug proceeds;

    e. any information recording schedule or travel;

    f. evidence indicating the cellular telephone user's state of mind as it relates to the crime under investigation;

    g. contextual information necessary to understand the above evidence.

2. Any records and information found within the digital contents of the Subject Electronic Devices showing who used or owned the device at the time the things described in this warrant were created, edited, or deleted, such as logs, phonebooks, saved usernames and passwords, documents, correspondence, photographs, and browsing history;

As used above, the terms "records" and "information" includes records of telephone calls; names, telephone numbers, usernames, or other identifiers saved in address books, contacts lists and other directories; text messages and other stored communications; subscriber and device information; voicemails or other audio recordings; videos; photographs; e-mails; internet browsing history; calendars; to-do lists; contact information; mapping and GPS information; data from "apps," including stored communications; reminders, alerts and notes; and any other information in the stored memory or accessed by the electronic features of the cellular telephone.

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>22-9384MB | Date and time warrant executed:<br>09/26/2022 8:00 am | Copy of warrant and inventory left with: |
| Inventory made in the presence of :<br>SA Brent Coup |||
| Inventory of the property taken and name of any person(s) seized:<br><br>Digital downloads of the devices |||

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

**THOMAS GROTH**
Digitally signed by THOMAS GROTH
Date: 2023.04.11 13:46:29 -05'00'

*Executing officer's signature*

_____
*Printed name and title*